No. 143, Misc. SOLOMON v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 145, Misc. THOMASTON v. GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 146, Misc. ADAMSON v. NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari - denied. Petitioner *pro se*. *Edward S. Silver* and *William I. Siegel* for respondent.

No. 148, Misc. HELWIG v. MARONEY, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 155, Misc. TINSLEY v. SIGLER, WARDEN. Supreme Court of Nebraska. Certiorari denied.

No. 157, Misc. FAUST v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. Petitioner *pro se*. *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody* and *Harry W. McGalliard,* Assistant Attorneys General, for respondent.

No. 158, Misc. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Robert G. Maysack* and *Beatrice Rosenberg* for the United States.

No. 161, Misc. RADER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.